**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Rashida Patience,<br>Khadri Abdus-Saboor,<br><br>Debtor. | Case No. 21-10006-amc<br><br>Chapter 13 |

**Order Granting Debtors' Motion to Modify Chapter 13 Plan**

**AND NOW**, upon consideration of the Debtors' Motion to Modify Chapter 13 Plan, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The modified plan filed as ECF No. 97 is **APPROVED**.


Date: _____    _____
Ashely M. Chan
U.S. Bankruptcy Judge