# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Rashida Patience,
    Khadri Abdus-Saboor,

                Debtors.

Case No. 21-10006-amc

Chapter 13

**Praecipe to Withdraw Document**

To the Clerk of Court:

    Please withdraw the Debtor's Motion to Modify Plan, which was filed on August 2, 2023 at ECF No. 89.

Date: May 14, 2024

CIBIK LAW, P.C.
*Counsel for Debtors*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com