UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    RASHIDA PATIENCE<br>    KHADRI ABDUS-SABOOR<br>        Debtor(s)<br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006 HE8<br>        Movant<br>v.<br>RASHIDA PATIENCE<br>KHADRI ABDUS-SABOOR<br>        Debtor(s)<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 21-10006-amc |

## **CERTIFICATION OF DEFAULT**

I, Daniel P. Jones, Esquire, of Stern & Eisenberg, PC, Counsel for Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006 HE8, hereby certify that the Debtor, Rashida Patience , Khadri Abdus-Saboor, is in default of the Stipulation approved on July 18, 2023, for failing to make the required payments as set forth in the attached Notice of Default together with any subsequent payments that have come due and owing.  See Exhibit "A" which is attached hereto and made a part hereof.

Pursuant to the Stipulation, Counsel hereby requests the Court enter the Order for Relief attached hereto.

STERN & EISENBERG, PC

*By: /s/ Daniel P. Jones*
Daniel P. Jones
Bar Number: 321876
Email: djones@sterneisenberg.com

Date: June 12, 2024