# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Rashida Patience,<br>Khadri Abdus-Saboor,<br><br>*Debtor*. | Case No. 21-10006-AMC<br>Chapter 13 |

## Objection to Certification of Default

Debtors Rashida Patience and Khadri Abdus-Saboor, through their attorney, object to the Certification of Default filed by Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006 HE8. The Debtors respectfully ask the Court to schedule a hearing on this matter before further relief.

Date: June 13, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Mike Assad

Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: June 13, 2024

/s/ Mike Assad

Mike Assad