**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>　　Rashida Patience,<br>　　Khadri Abdus-Saboor,<br><br>　　　　　　Debtor. | Case No. 21-10006-AMC<br><br>Chapter 13<br><br>Related to ECF No. 106 |

**Praecipe to Withdraw Document**

To the Clerk of Court:

　　Please withdraw the Debtor's Objection to Certification of Default which was filed with the Court at ECF No. 106. Thank you.

Date: August 12, 2024　　　　　　　　　　CIBIK LAW, P.C.
　　　　　　　　　　　　　　　　　　　　*Counsel for Debtor*

　　　　　　　　　　　　　　　　　　　　By: /s/ Michael A. Cibik
　　　　　　　　　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com