**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>    RASHIDA PATIENCE<br>    KHADRI ABDUS-SABOOR<br>        Debtor(s)<br>DEUTSCHE BANK NATIONAL TRUST<br>COMPANY, AS TRUSTEE, IN TRUST FOR<br>THE REGISTERED HOLDERS OF<br>MORGAN STANLEY ABS CAPITAL I INC.<br>TRUST 2006-HE8, MORTGAGE PASS-<br>THROUGH CERTIFICATES, SERIES 2006<br>HE8<br>        Movant<br>v.<br>RASHIDA PATIENCE<br>KHADRI ABDUS-SABOOR<br>        Debtor(s)<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 21-10006-amc |

**O R D E R**

AND NOW, this  14th day of   Aug.   , 2024   upon the Motion for  Relief From Automatic Stay and upon Consent Order/Stipulation of Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006 HE8 and any successor in interest and Debtor, Rashida Patience , Khadri Abdus-Saboor, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006 HE8 and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"):  **437 E. Mount Pleasant Avenue, Philadelphia, PA 19119**.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE