United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-10006-amc

Rashida Patience                                                                      Chapter 13

Khadri Abdus-Saboor

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 01, 2024 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rashida Patience, Khadri Abdus-Saboor, 437 E. Mount Pleasant Avenue, Philadelphia, PA 19119-1231 |
| nof | + | Rashida Patience, 437 East Mt. Pleasant Avenue, Philadelphia, PA 19119-1231 |
| 14580435 | + | Eisenberg, Gold & Agrawal, P.C., 1040 North Kings Highway, Suite 200, Cherry Hill, NJ 08034-1925 |
| 14580440 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14580444 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 02 2024 00:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept., 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2024 00:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 02 2024 00:58:14 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14580427 | ^ | MEBN | Nov 02 2024 00:13:41 | AFS/AmeriFinancial Solutions, LLC., Attn: Bankruptcy, PO Box 65018, Baltimore, MD 21264-5018 |
| 14580428 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 02 2024 00:38:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 14618502 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 02 2024 00:59:04 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14583554 | | Email/Text: ally@ebn.phinsolutions.com | Nov 02 2024 00:38:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14618628 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 02 2024 00:59:01 | Ally Financial Department, C/O Arvind Rawal, AIS Portfolio Services, LP, Account: XXXXXXXX2252, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14580432 | | Email/Text: megan.harper@phila.gov | Nov 02 2024 00:39:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14580433 | | Email/Text: megan.harper@phila.gov | Nov 02 2024 00:39:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |

District/off: 0313-2    User: admin    Page 2 of 3

Date Rcvd: Nov 01, 2024    Form ID: pdf900    Total Noticed: 34

| 14614308 | Email/Text: megan.harper@phila.gov | Nov 02 2024 00:39:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14589794 | Email/Text: megan.harper@phila.gov | Nov 02 2024 00:39:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14580429 | + Email/Text: ngisupport@radiusgs.com | Nov 02 2024 00:38:00 | Central Credit Services, LLC, 9550 Regency Square Blvd, Suite 500 A, Jacksonville, FL 32225-8169 |
| 14580430 | + Email/Text: ecf@ccpclaw.com | Nov 02 2024 00:38:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14580434 | + Email/Text: bankruptcy@philapark.org | Nov 02 2024 00:39:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14746398 | ^ MEBN | Nov 02 2024 00:13:58 | Deutsche Bank National Trust Company, c/o STEVEN K. EISENBERG, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14590322 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 02 2024 00:39:00 | Deutsche Bank National Trust Company, as Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14580436 | Email/Text: bankruptcycourts@equifax.com | Nov 02 2024 00:38:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14580437 | ^ MEBN | Nov 02 2024 00:13:30 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14580438 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 02 2024 00:38:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14588798 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2024 00:58:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14580442 | ^ MEBN | Nov 02 2024 00:13:21 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14580441 | Email/Text: bankruptcygroup@peco-energy.com | Nov 02 2024 00:38:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14580443 | + Email/Text: bankruptcy@philapark.org | Nov 02 2024 00:39:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14580445 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 02 2024 00:39:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14580447 | Email/Text: DASPUBREC@transunion.com | Nov 02 2024 00:38:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14580446 | + Email/Text: bncmail@w-legal.com | Nov 02 2024 00:38:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14588038 | + Email/PDF: ebn_ais@aisinfo.com | Nov 02 2024 00:58:03 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14580448 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 02 2024 00:38:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14574591 | | Deutsche Bank National Trust Company, as Trustee, |

Date Rcvd: Nov 01, 2024      Form ID: pdf900      Total Noticed: 34

| | | |
|---|---|---|
| 14580431 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14580439 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14574772 | ##+ | Deutsche Bank National Trust Company, C/O ANDREW M. LUBIN, Milstead & Associates, 1 East Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2024        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006 HE8 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Khadri Abdus-Saboor help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Rashida Patience help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROGER FAY | on behalf of Creditor Deutsche Bank National Company as Trustee rfay@alaw.net  bkecf@milsteadlaw.com |
| ROGER FAY | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006 HE8 rfay@alaw.net, bkecf@milsteadlaw.com |
| ROGER FAY | on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for Deutsche Bank National Trust Company as Trustee rfay@alaw.net, bkecf@milsteadlaw.com |
| STEVEN K. EISENBERG | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE8, Mortgage Pass-Through Certificates, Series 2006 HE8 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
|     RASHIDA  R. PATIENCE | |
|     KHADRI J.  ABDUS-SABOOR | Bankruptcy No. 21-10006-AMC |
|                 Debtors | |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: November 1, 2024**

_____

Honorable Ashely M. Chan
Bankruptcy Judge